| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   8/29/2012
          U.S. MAGISTRATE JUDGE            TIME:   1:34 p.m.  (3 minutes)

*Hong, et al. v. County of Nassau, et al.*,
**CV 10-1112  (AKT)**

TYPE OF CONFERENCE:         **TELEPHONE STATUS CONFERENCE**

APPEARANCES:     Plaintiff      Eric A. Pack

                 Defendant      Pablo A. Fernandez

FTR:    1:34-1:37


THE FOLLOWING RULINGS WERE MADE:

I am happy to report that this case is now settled.  The parties will exchange the settlement papers for review and execution.  The required Stipulation of Discontinuance is to be filed by October 5, 2012.


                                        SO ORDERED

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge