UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
JIN HONG, YONG HUA DONG, XIUZHEN GUO, and
the Estate of JIAMOU HONG,

                                                                  Plaintiffs,           10-CV-1112
              -against-                                                   (LDW)(AKT)

THE COUNTY OF NASSAU, NASSAU COUNTY                    STIPULATION AND
POLICE DEPARTMENT, POLICE OFFICER MICHAEL          ORDER OF DISMISSAL
PALAZZO, SERGEANT JEIVER ESPINOSA, POLICE
OFFICER DANIELA FARRELL, POLICE OFFICER
SCOTT FERRARA, POLICE OFFICER DANIEL
FLIEDNER, SERGEANT RUSSELL MARINELLO,
POLICE OFFICER GERARD PEYER, POLICE OFFICER
KEVIN MUNNELLY, POLICE OFFICER SEAN MASS,
POLICE OFFICER JAMES PETTANATO, POLICE
OFFICER YOLANDA TURNER, POLICE OFFICER
JAMES MALONEY, and POLICE OFFICER THOMAS
WILSON,

                                                       Defendants.
----------------------------------------------------------------- X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, including but not limited to any counterclaims and/or cross claims the parties may have had as against the other in the above-captioned action, is dismissed **with prejudice**, and without costs or attorney fees to either party as against the other.

Dated: Hempstead, New York
         October ___, 2012

                                                   SHARIFOV & ASSOCIATES, PLLC
                                                   Attorneys for Plaintiffs
                            BY:   _____
                                                   Eric A. Pack, Esq.
                                                   50 Main Street
                                                   Hempstead, New York 11550

Dated: Mineola, New York
      October ___, 2012

BY: _____
JOHN CIAMPOLI
Nassau County Attorney

Pablo A. Fernandez
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3011

Dated: Central Islip, New York
      October ___, 2012

SO ORDERED:

_____
Hon. A. Kathleen Tomlinson, U.S.M.J.

*Clerk's Office is directed to close this case.*

SO ORDERED

A. Kathleen Tomlinson
United States Magistrate Judge
Date: November 28, 2012
Central Islip, N.Y.

2